# Exhibit 3

Charted Claims:

Method Claim: 01

| US10705694B2 | Zoom Meetings (“Accused Product”) |
|---|---|
| 1. A computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation of a predetermined duration, to user computers associated with a plurality of users, the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of: | The accused product discloses a computer-implemented method for interactive delivery, by a processor (e.g., processor of the server) of a pre stored electronic presentation (e.g., videos, etc.,) of a predetermined duration, to user computers associated with a plurality of users (e.g., computer devices of the users), the user computers each including an information display, the user computers (e.g., computer devices of the users) coupled to the processor (e.g., processor of the server) by a computer network (e.g., internet).<br><br>As shown below, the accused product discloses that the videos, etc., (e.g., pre stored electronic presentation) stored on and managed by the processor of the servers can be delivered and watched by host and other users (e.g., plurality of users) synchronously on their respective devices. |

<table>
<tr>
<td></td>
<td>


https://www.zoom.com/en/products/virtual-meetings/
</td>
</tr>
</table>

| | |
|---|---|
| | # Using the Youtube App<br><br>2025-04-07 Copy Permalink<br><br>The YouTube app for Zoom brings the YouTube experience directly into Zoom Meetings, making it easy and fun to watch videos together as a group. Whether you're meeting for a casual hangout, study session, or team presentation, the app allows everyone in the meeting to enjoy videos together with seamless controls.<br><br>With access to YouTube's popular videos and the ability to search the entire library, you can find videos on any topic and start playing them for everyone in the meeting. The app lets all participants control playback by default, so anyone can play, pause, or skip videos, as well as add new videos to a shared meeting queue.<br><br>For hosts running structured sessions, like classes or presentations, the YouTube app for Zoom includes options to limit participant controls and choose whether video playback is synchronized for everyone or if participants can watch at their own pace. These features are designed to provide flexibility, allowing users to tailor the experience to the needs of their group.<br><br>Unlike traditional screen sharing, the YouTube app for Zoom delivers high-quality playback for each participant, ensuring a smooth, enjoyable viewing experience without lag.<br><br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905<br><br>## How to install from the Zoom App Marketplace<br><br>As this app is developed by Zoom, it may not require admin pre-approval, depending on Marketplace admin settings.<br><br>To install the app:<br><br>1. Sign in to the Zoom App Marketplace.<br>2. Search for **YouTube**.<br>3. Click **Add**.<br>4. Review the requested permissions and click **Authorize**. Once installed, the app is displayed under the Apps section of the Zoom desktop client.<br><br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905 |




https://marketplace.zoom.us/apps/QgzL2TMWQoGokzGMtQiUow

| | |
|---|---|
| | **Cloud Video Streaming**<br><br>A cloud video streaming solution involves streaming your videos from the cloud to your viewers. Servers store videos in the cloud and forward them out when needed.<br><br>Several key features of the best cloud services for video streaming and best cloud storage for streaming video include:<br><br>• Efficient Video Hosting**:** You only need to subscribe to a streaming service that allows you to watch content anytime.<br>https://www.milesweb.in/blog/hosting/cloud/how-does-cloud-computing-for-the-media-industry-ott-platforms-work/ |
| receiving a playback request, at the processor, from a first user computer, to play the electronic presentation at the information display of the first user computer; | The accused product discloses receiving a playback request (e.g., request to play), at the processor (e.g., processor of the server), from a first user computer (e.g., host user computer), to play the electronic presentation (e.g., videos, etc.,) at the information display of the first user computer (e.g., host user computer).<br><br>As shown below, the accused product discloses receiving a content playback request at the processor of the server from the host user computer to the play videos, etc. |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=qM4KoPi6-lc |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=qM4KoPi6-lc |
| at a selected point in time during the predetermined duration of the playback of the electronic presentation, | The accused product discloses at a selected point in time during the predetermined duration of the playback of the electronic presentation (e.g., videos, etc.,), receiving a collaboration request (e.g., meeting for play together), at the processor (e.g., processor of the server), from the first user computer (e.g., host user computer), to enter a collaboration mode (e.g., meeting for play together) with a second user computer (e.g., |

| | |
|---|---|
| receiving a collaboration request, at the processor, from the first user computer, to enter a collaboration mode with a second user computer, the second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation as displayed on the information display of the first user computer on an information display of the second user computer; and | other user computer), the second user computer (e.g., other user computer) displaying content (e.g., joining page, etc.,) other than information associated with the selected point in time of the playback of the electronic presentation (e.g., videos, etc.,) and the collaboration mode (e.g., meeting for play together) comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation (e.g., videos, etc.,) as displayed on the information display of the first user computer (e.g., host user computer) on an information display of the second user computer (e.g., other user computer).<br><br>As shown below, the accused product discloses that the host user computer can initiate a "meeting for play together" session by sending a collaboration request/invitation link to a second user computer. Upon accepting the invitation, the second user joins the meeting for play together session and synchronously views the same video content as the host user, with the video playback synchronized in real time such that the same frames are displayed to the users at substantially the same time. Further, prior to accepting the meeting for play together invitation, the second user computer may be displaying content unrelated to the video playback, such as a joining page or other interface. |

| | |
|---|---|
| | **Using the Youtube App**<br>2025-04-07 Copy Permalink<br>The YouTube app for Zoom brings the YouTube experience directly into Zoom Meetings, making it easy and fun to watch videos together as a group. Whether you're meeting for a casual hangout, study session, or team presentation, the app allows everyone in the meeting to enjoy videos together with seamless controls.<br>With access to YouTube's popular videos and the ability to search the entire library, you can find videos on any topic and start playing them for everyone in the meeting. The app lets all participants control playback by default, so anyone can play, pause, or skip videos, as well as add new videos to a shared meeting queue.<br>For hosts running structured sessions, like classes or presentations, the YouTube app for Zoom includes options to limit participant controls and choose whether video playback is synchronized for everyone or if participants can watch at their own pace. These features are designed to provide flexibility, allowing users to tailor the experience to the needs of their group.<br>Unlike traditional screen sharing, the YouTube app for Zoom delivers high-quality playback for each participant, ensuring a smooth, enjoyable viewing experience without lag.<br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905 |

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=qM4KoPi6-lc |




https://www.youtube.com/watch?v=qM4KoPi6-lc

| | |
|---|---|
| | <br><br>. From a browser on another device, navigate to **join.zoom.us**.<br>. Click **Join a meeting from an H.323/SIP room system**.<br>. Enter the **Meeting ID** for the meeting.<br>. Enter the **Pairing Code**, on your room system's display.<br>second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation<br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0066414 |

| | |
|---|---|
| | <br>https://marketplace.zoom.us/apps/QgzL2TMWQoGokzGMtQiUow |
| in response to an end collaboration request, at the processor, from the first user computer | The accused product discloses that in response to an end collaboration request (e.g., end meeting for all), at the processor (e.g., processor of the server), from the first user computer (e.g., host user computer) to end the collaboration (e.g., meeting for play together) with the second user computer (e.g., other user computer), terminating the |

| | |
|---|---|
| to end the collaboration with the second user computer, terminating the collaboration mode, said terminating including terminating the synchronously displaying of the electronic presentation. | collaboration mode (e.g., meeting for play together), said terminating including terminating the synchronously displaying (e.g., synchronous playback) of the electronic presentation (e.g., videos, etc.,).<br><br>As shown below, the accused product discloses that the host user computer can initiate an end meeting for all request to terminate the meeting for play together (e.g., collaboration mode). The termination follows the ending of the meeting for play together that synchronously displays the electronic presentation on the other user computer (e.g., second user computer).<br><br>This app uses the following Zoom scopes:<br>• Enable Zoom App within Zoom Meeting Client (zoomapp:inmeeting)<br>• View all user information (user:read:user)<br>This app uses the following Zoom Apps SDK methods:<br>• connect - Allows the App to communicate with the instance of the app running on the main client.<br>• endCollaborate - Ends Collaborate mode in a meeting.<br>• endCollaborateSidecar - Ends the side-car webview instance of the app.<br>• getAppContext - This API returns app context token that contains signed app context data for secure backend validation.<br>• getCollaborateContext - The API returns the collaborateUUID alongside an object containing the participantUUID of the user who initiated the collaboration and whether there is an active collaboration in progress<br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905 |




https://www.youtube.com/watch?v=Oo0cAMiqC6Q