# Exhibit 4

Charted Claims:

Method Claim: 11

| US12572265B2 | Zoom Meetings ("Accused Product") |
|---|---|
| 11. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of: | The accused product discloses a computer-implemented method for synchronous delivery of a media file (e.g., videos, etc.,) to multiple user computers (e.g., plurality of user computers).<br><br>As shown below, the accused product discloses that the videos, etc., (e.g. media file) can be delivered synchronously to multiple user computers (e.g. computer devices of host and other users) that are participating in a meeting session for watching together.<br><br><br>https://www.zoom.com/en/products/virtual-meetings/ |

# Using the Youtube App

2025-04-07 Copy Permalink

The YouTube app for Zoom brings the YouTube experience directly into Zoom Meetings, making it easy and fun to watch videos together as a group. Whether you're meeting for a casual hangout, study session, or team presentation, the app allows everyone in the meeting to enjoy videos together with seamless controls.

With access to YouTube's popular videos and the ability to search the entire library, you can find videos on any topic and start playing them for everyone in the meeting. The app lets all participants control playback by default, so anyone can play, pause, or skip videos, as well as add new videos to a shared meeting queue.

For hosts running structured sessions, like classes or presentations, the YouTube app for Zoom includes options to limit participant controls and choose whether video playback is synchronized for everyone or if participants can watch at their own pace. These features are designed to provide flexibility, allowing users to tailor the experience to the needs of their group.

Unlike traditional screen sharing, the YouTube app for Zoom delivers high-quality playback for each participant, ensuring a smooth, enjoyable viewing experience without lag.

https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905

## How to install from the Zoom App Marketplace

As this app is developed by Zoom, it may not require admin pre-approval, depending on Marketplace admin settings.

To install the app:

1. Sign in to the Zoom App Marketplace.
2. Search for **YouTube**.
3. Click **Add**.
4. Review the requested permissions and click **Authorize**. Once installed, the app is displayed under the Apps section of the Zoom desktop client.

| | |
|---|---|
| | https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905   https://marketplace.zoom.us/apps/QgzL2TMWQoGokzGMtQiUow |
| displaying content other than the media file on a first information display of a first user computer; | The accused product discloses displaying content other than the media file on an information display of a first user computer (e.g., host user computer).<br><br>As shown below, the accused product discloses that the host user computer (e.g., first user computer) can be displaying a different information other than the actual media file which is to be synchronously delivered at the multiple user computer. |

<table>
<tr>
<td></td>
<td>




https://www.youtube.com/watch?v=qM4KoPi6-lc

</td>
</tr>
</table>

| | |
|---|---|
| | <br>https://marketplace.zoom.us/apps/QgzL2TMWQoGokzGMtQiUow |
| receiving, at the first user computer and from a second user computer, a request to | The accused product discloses receiving, at the first user computer (e.g., host user computer) and from a second user computer (e.g., other user computer), a request to join (e.g., joining of the meeting for watching together) a synchronous session (e.g., meeting for watching together) including the second user computer (e.g., other user computer), |

<table>
<tr>
<td>join a synchronous session including the second user computer, wherein the second user computer is separate from the first user computer;</td>
<td>wherein the second user computer (e.g., other user computer) is separate from the first user computer (e.g., host user computer).<br><br>As shown below, the accused product discloses that the other user (e.g. second user) can join a meeting for watching together (e.g., synchronous session) via a link shared by the host using the other user’s computer (e.g., second user computer), which is separate from the host user computer (e.g., first user computer).<br><br>How to join a Zoom meeting<br><br>Join by clicking the meeting link<br><br>If you were invited to a Zoom meeting by the host, you may have a meeting invite in your email or calendar.<br><br>1. In the meeting invite, click the join link below Join Zoom Meeting.<br>You will be prompted to launch the meeting on the Zoom Workplace app or click Join from your browser to join on the web if you don’t want to download the app.<br>2. Check your audio and video settings, then click Join.<br>You will either join the meeting automatically or be placed in the waiting room until the host admits you.<br><br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0060732</td>
</tr>
</table>

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=KzoJ51Tpu1c |
| receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session; | The accused product discloses receiving, at a user interface of the first user computer (e.g., host user computer), an indication of acceptance (e.g., joined the meeting for watching together) of the request to join (e.g., joining meeting for watching together) the synchronous session (e.g., meeting for watching together).<br><br>As shown below, the accused product discloses that the host user computer (e.g., first user computer) receives an indication that the other user has joined meeting for watching together (e.g., an indication of acceptance) using the invite link sent by the host user |

| | |
|---|---|
| | computer to the other user computer (e.g., second user computer).<br><br><br>https://www.youtube.com/watch?v=KzoJ51Tpu1c |
| in response to receiving the indication of acceptance, entering, by the first user computer, the | The accused product discloses that in response to receiving the indication of acceptance (e.g., joined the meeting for watching together), entering, by the first user computer (e.g., host user computer), the synchronous session (e.g., meeting for watching together ), the synchronous session (e.g., meeting for watching together) comprising synchronously displaying at least a portion of the media file (e.g., videos, etc.,) at the first |

| | |
|---|---|
| synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file at the first information display and a second information display of the second user computer; | information display and a second information display of the second user computer (e.g., other user computer).<br><br>As shown below, the accused product discloses that the host user computer (e.g., first user computer) receives an indication that the other user has joined the meeting for watching together (e.g., an indication of acceptance) using the invite link sent by the host user computer to the other user computer (e.g., second user computer). Further, as the meeting for watching together starts, it synchronously displays the media files (e.g., videos, etc.,) on the information displays of both user computers.<br><br>**Using the Youtube App**<br><br>2025-04-07 Copy Permalink<br><br>The YouTube app for Zoom brings the YouTube experience directly into Zoom Meetings, making it easy and fun to watch videos together as a group. Whether you're meeting for a casual hangout, study session, or team presentation, the app allows everyone in the meeting to enjoy videos together with seamless controls.<br><br>With access to YouTube's popular videos and the ability to search the entire library, you can find videos on any topic and start playing them for everyone in the meeting. The app lets all participants control playback by default, so anyone can play, pause, or skip videos, as well as add new videos to a shared meeting queue.<br><br>For hosts running structured sessions, like classes or presentations, the YouTube app for Zoom includes options to limit participant controls and choose whether video playback is synchronized for everyone or if participants can watch at their own pace. These features are designed to provide flexibility, allowing users to tailor the experience to the needs of their group.<br><br>Unlike traditional screen sharing, the YouTube app for Zoom delivers high-quality playback for each participant, ensuring a smooth, enjoyable viewing experience without lag.<br><br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905 |




https://www.youtube.com/watch?v=qM4KoPi6-lc

| | |
|---|---|
| | <br>https://marketplace.zoom.us/apps/QgzL2TMWQoGokzGMtQiUow |

| | |
|---|---|
| |   https://marketplace.zoom.us/apps/QgzL2TMWQoGokzGMtQiUow |
| and terminating the synchronous session by at least terminating the | The accused product discloses terminating the synchronous session (e.g., end meeting for all) by at least terminating the synchronously displaying of the at least a portion of the media file (e.g., videos, etc.,) at the first user computer (e.g., host user computer) and the |

| | |
|---|---|
| synchronously displaying of the at least a portion of the media file at the first user computer and the second user computer. | second user computer (e.g., other user computer).<br><br>As shown below, the accused product discloses that the host user computer can initiate an end meeting for all request to terminate the meeting for watching together (e.g., synchronous session). The termination follows the ending of the meeting for watching together that synchronously displays at least a portion of the media file on the other user computer (e.g., second user computer).<br><br>This app uses the following Zoom scopes:<br>• Enable Zoom App within Zoom Meeting Client (zoomapp:inmeeting)<br>• View all user information (user:read:user)<br>This app uses the following Zoom Apps SDK methods:<br>• connect - Allows the App to communicate with the instance of the app running on the main client.<br>• endCollaborate - Ends Collaborate mode in a meeting.<br>• endCollaborateSidecar - Ends the side-car webview instance of the app.<br>• getAppContext - This API returns app context token that contains signed app context data for secure backend validation.<br>• getCollaborateContext - The API returns the collaborateUUID alongside an object containing the participantUUID of the user who initiated the collaboration and whether there is an active collaboration in progress<br>https://support.zoom.com/hc/en/article?id=zm_kb&sysparm_article=KB0077905 |

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=Oo0cAMiqC6Q |